**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

Case No. _____

**AL DURRANT, individually and
on behalf of all other similarly situated,**

      **Plaintiff,**

  v.

**OFFICIAL PAYMENTS CORPORATION, a
Delaware corporation,**

      **Defendant.**

**DEFENDANT FISERV, INC.'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Fiserv, Inc. ("Fiserv")[1] certifies that Fiserv is a non-governmental party and that Fiserv does not have any parent corporations. Kohlberg Kravis Roberts & Co. L.P. owns approximately 16 percent of Fiserv's stock.

Dated: May 4, 2020                    Respectfully submitted,

                                    **FISERV, INC.**

                                    By: /s/ Gillian D. Williston
                                            Of Counsel

                                    Gillian D. Williston (Florida Bar No.: 14270)
                                    TROUTMAN SANDERS LLP
                                    222 Central Park Avenue, Suite 2000

---

[1] In the initial Class Action Complaint filed on March 23, 2020 in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Plaintiff named Official Payments Corporation as the defendant. Plaintiff's First Amended Class Action Complaint ("Amended Complaint"), filed in the same Court on April 3, 2020, names Fiserv, Inc. as the defendant and drops Official Payments Corporation from the action. However, the case caption in the Amended Complaint continues to list Official Payments Corporation as the defendant. This Certificate of Interested Persons and Corporate Disclosure Statement applies to Defendant Fiserv, Inc., notwithstanding the reference to Official Payments Corporation in the case caption.

Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail:  gillian.williston@troutman.com

Steven D. Allison (to be admitted pro hac vice)
Samrah R. Mahmoud (to be admitted pro hac vice)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2751
Facsimile: (949) 622-2739
E-mail:  steven.allison@troutman.com
E-mail:  samrah.mahmoud@troutman.com

*Counsel for Defendant Fiserv, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2020, I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of the Court using the CM/ECF system and a true and correct copy of the foregoing document was sent via Federal Express, to the following:

Manuel S. Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd, Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 444-4713
mhiraldo@hiraldolaw.com
*Counsel for Plaintiff*

By: /s/ Gillian D. Williston
      Of Counsel

Gillian D. Williston (Florida Bar No.: 14270)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: gillian.williston@troutman.com

*Counsel for Defendant Fiserv, Inc.*