UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-60900- ALTMAN/Hunt

AL DURRANT, individually
and on behalf of all others similarly situated,   **CLASS ACTION**

    Plaintiff,   **JURY TRIAL DEMANDED**

v.

FISERV, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Al Durrant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Al Durrant, individually, are hereby dismissed <u>without</u> prejudice.

Dated: July 27, 2020

    Respectfully submitted,

    **HIRALDO P.A.**

    */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    Florida Bar No. 030380
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, Florida 33301
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713