UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60900-CIV-ALTMAN/Hunt

AL DURRANT,

    *Plaintiff*,

v.

FISERV, INC.,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 29]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. The Clerk shall **CLOSE** the case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record